**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |
| AUDREY ADES, LAURA BALEMIAN, ALEXANDER BLANDING, DOROTHY BLANDING, JAMES BURO, FRANCINE CALABRO, ANGELA CALLAHAN, HARRY CALLAHAN, NORA M. CALLAHAN, PETER CALLAHAN, ROSE CALLAHAN, KATRINA CAMAJ, MATTHEW CARLONE, MIRIAM R. CARRASQUILLO, PAUL CASALDUC, EVAN CASCIO, VICTORIA CATANESE, ELIZABETH CLEARY, PATRICIA CODISPOTI, OLGA COLON, MARINA CORREA, ANAND A. DATARAM, MAHADAI DATARAM, RONALD DATARAM, MAXIMA DEPENA, ANGELA DERUBBIO, LORRAINE DERUBBIO, MARION M. DERUBBIO, LAURA DESPERITO- FILIBERTO, ELVIA DIAZ, LESLIE EDWARDS, ESTATE OF ALBERT DERUBBIO (SR.), ESTATE OF ANTHONY ROMITO, ESTATE OF CATHERINE ROMITO, ESTATE OF DORIS TOOKER, ESTATE OF JULIO CESAR LILLO TORRES, ESTATE OF THERESA M. CONKLIN, ESTATE OF THOMAS HASKELL, LAURA FASULO, ILIANA E. FLORES, ALLISON FOX-BRELAND, DANIEL FRAWLEY, THERESA FRAWLEY, DARYL GABRIEL, MARGARET GARDINI, NENITA GRIJALVO, RACHEL GRIJALVO, RAYMOND GRIJALVO, FRANCES GROUZALIS, MYRTA GSCHAAR, BARBARA HASKELL, ERIN HASKELL, MEAGHAN HASKELL, TARA HASKELL, MARY LEE IANNO, REAGAN KONIUCH, JULIO C. LILLO, NAHID MASHAYEKHI LIN, ALEXANDER LOPEZ, JEWEL LYONS, EDWARD MARDOVICH, JR., JOSEPH MARDOVICH, LEIGH MARDOVICH, JILL MARSELLA, DONNA MASCALI RUSSO, ARNOLD MASCALI, CATHERINE MASCALI, JOHN MASCALI, FRANCES MCCARTHY, JEFFREY A. MCILVAINE, GARY MCKINZY, | Civil Docket Number: _____<br><br>**IRAN SHORT FORM<br>COMPLAINT AND DEMAND<br>FOR TRIAL BY JURY** |

JACQUELINE MILAM, LAURIE MILLER, ANTHONY MODAFFERI, RAFFAELA MODAFFERI, ERIN MOODY, MASAKO MURPHY, MITCHELL NOBORU MURPHY, FREDDYE JEAN-CARTER PERRY, ROBERT M. PETERSON, KIM RACKLIN, JOHN FREDERICK RHODES, IV, RYAN ROGERS, ILIA E. RODRIGUEZ, ANTHONY ROMITO, JR., CLARA SANAY, BRUCE SEELIGER, ALISON W.SMITH, SUSAN SPITZ, CATHYANNE MASCALI SPRENGER, JEAN STRAUSS, BRIAN SULLIVAN, DOLORES SULLIVAN, SEAN SULLIVAN, CHARLOTTE WALLACE, , RACHEL DANA ARON WEINER, SAUNDRA WOOLEN, CHAQUITA YOUNG, DESIREE ZAMBRANA, LILLIAN ZAMBRANA

                      Plaintiff(s),

-against-

ISLAMIC REPUBLIC OF IRAN,

                      Defendant.

    Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

    Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all

causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

☐ Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

3

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

> As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

> As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

   d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

   e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

   f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

docs-100026227.3

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: August 13, 2018

Respectfully submitted,

Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York
Telephone: 212-278-1000
jgoldman@andersonkill.com
*Attorneys for Plaintiffs*

## APPENDIX

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Ades, Audrey[1] | FL | United States | Friedman, Paul | Spouse/PR | United States | Wrongful Death |
| 2 | Balemian, Laura | NY | United States | Mardovich, Edward J. | Spouse | United States | Solatium |
| 3 | Blanding, Alexander | CA | United States | Blanding, Harry J. | Brother | United States | Solatium |
| 4 | Blanding, Dorothy | NJ | United States | Blanding, Harry J. | Mother | United States | Solatium |
| 5 | Buro, James[2] | MA | United States | Ragonese-Snik, Laura | Son/PR | United States | Wrongful Death |
| 6 | Calabro, Francine[3] | NJ | United States | Calabro, Salvatore B. | Spouse/PR | United States | Wrongful Death |
| 7 | Callahan, Angela | NY | United States | Callahan, Francis J. | Spouse/PR | United States | Solatium/ Wrongful Death |
| 8 | Callahan, Harry | NY | United States | Callahan, Francis J. | Son | United States | Solatium |
| 9 | Callahan, Nora M. | NY | United States | Callahan, Francis J. | Daughter | United States | Solatium |
| 10 | Callahan, Peter | MI | United States | Callahan, Francis J. | Son | United States | Solatium |

---

[1] Plaintiff, Audrey Ades, is also listed as a Plaintiff on the case captioned *Jessica DeRubbio, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05306 (GBD) (SN), as having a solatium claim.

[2] Plaintiff, James Buro, is also listed as a Plaintiff on the case captioned *Horace Morris, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05321 (GBD) (SN) as having a solatium claim.

[3] Plaintiff, Francine Calabro, is also listed as a Plaintiff on the case captioned *Roberta Agyeman, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05320 (GBD) (SN) as having a solatium claim.

docs-100026227.3

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 11 | Callahan, Rose | NY | United States | Callahan, Francis J. | Daughter | United States | Solatium |
| 12 | Camaj, Katrina | NY | United States | Camaj, Roko | Spouse/PR | United States | Solatium/ Wrongful Death |
| 13 | Carlone, Matthew | IA | United States | Carlone, David G. | Son/PR | United States | Solatium/ Wrongful Death |
| 14 | Carrasquillo, Miriam R. | NY | United States | Maldonado, Debora I. | Sister | United States | Solatium |
| 15 | Casalduc, Paul[4] | FL | United States | Casalduc, Vivian | Son/PR | United States | Wrongful Death |
| 16 | Cascio, Evan[5] | CA | United States | Cascio, Paul R. | Brother/PR | United States | Wrongful Death |
| 17 | Catanese, Victoria | NY | United States | Mardovich, Edward J. | Daughter | United States | Solatium |
| 18 | Cleary, Elizabeth | NY | United States | Cleary, Kevin F. | Mother | United States | Solatium |
| 19 | Codispoti, Patricia | NY | United States | Modafferi, Louis J. | Sister | United States | Solatium |
| 20 | Colon, Olga | FL | United States | Lillo, Carlos R. | Sister | United States | Solatium |
| 21 | Correa, Marina | NJ | United States | Correa-Gutierrez, Danny | Mother | United States | Solatium |
| 22 | Dataram, Anand A. | NY | United States | Dataram, Annette A. | Brother | United States | Solatium |
| 23 | Dataram, Mahadai | NY | United States | Dataram, Annette A. | Mother/PR | United States | Solatium/ Wrongful Death |

---

[4] Plaintiff, Paul Casalduc, is also listed as a Plaintiff on the case captioned *Roberta Agyeman, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05320 (GBD) (SN) as having a solatium claim.

[5] Plaintiff, Evan Cascio, is also listed as a Plaintiff on the case captioned *Roberta Agyeman, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05320 (GBD) (SN) as having a solatium claim.

docs-100026227.3

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 24 | Dataram, Ronald | NY | United States | Dataram, Annette A | Brother | United States | Solatium |
| 25 | Depena, Maxima | RI | United States | Depena, Jose | Spouse/PR | United States | Solatium/ Wrongful Death |
| 26 | DeRubbio, Angela | NC | United States | DeRubbio, David P. | Sister | United States | Solatium |
| 27 | DeRubbio, Lorraine | NY | United States | DeRubbio, David P. | Spouse/PR | United States | Solatium/ Wrongful Death |
| 28 | DeRubbio, Marion | NY | United States | DeRubbio, David P. | Mother | United States | Solatium |
| 29 | Desperito-Filiberto, Laura[6] | FL | United States | Desperito, Andrew | Spouse/PR | United States | Wrongful Death |
| 30 | Diaz, Elvia | NY | United States | Maldonado, Debora I. | Mother | United States | Solatium |
| 31 | Edwards, Leslie | FL | United States | Maldonado, Debora I. | Brother | United States | Solatium |
| 32 | Estate of Albert DeRubbio (Sr.) | NY | United States | DeRubbio, David P | Father | United States | Solatium |
| 33 | Estate of Anthony Romito | NY | United States | Ramito, James | Father | United States | Solatium |
| 34 | Estate of Catherine Romito | NY | United States | Romito, James | Mother | United States | Solatium |
| 35 | Estate of Doris Tooker | NY | United States | Quappe, Lincoln | Mother | United States | Solatium |

---

[6] Plaintiff, Laura Desperito-Filiberto, is also listed as a Plaintiff on the case captioned *Jessica DeRubbio, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05306 (GBD) (SN) as having a solatium claim.

9

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 36 | Estate of Julio Cesar Lillo Torres | NY | United States | Lillo, Carlos R. | Father | United States | Solatium |
| 37 | Estate of Theresa M. Conklin | NY | United States | Frawley, Kevin | Mother | United States | Solatium |
| 38 | Estate of Thomas Haskell | NY | Unites States | Haskell, Timothy | Brother | United States | Solatium |
| 39 | Fasulo, Laura | NY | United States | Romito, James | Sister | United States | Solatium |
| 40 | Flores, Iliana E. | NY | United States | Lillo, Carlos R. | Sister | United States | Solatium |
| 41 | Fox-Breland, Allison | NJ | United States | Fox, Virgina E. | Daughter/PR | United States | Solatium/ Wrongful Death |
| 42 | Frawley, Daniel | NY | United States | Frawley, Kevin | Brother | United States | Solatium |
| 43 | Frawley, Theresa | NY | United States | Frawley, Kevin | Sister/PR | United States | Solatium/ Wrongful Death |
| 44 | Gabriel, Daryl | NY | United States | Domingo, Benilda P. | Son | Philippines | Solatium |
| 45 | Gardini, Margaret | NY | United States | Frawley, Kevin | Sister | United States | Solatium |
| 46 | Grijalvo, Nenita | NY | United States | Grijalvo, Ramon | Spouse/PR | United States | Solatium/ Wrongful Death |
| 47 | Grijalvo, Rachel | MA | United States | Grijalvo, Ramon | Daughter | United States | Solatium |
| 48 | Grijalvo, Raymond | NY | United States | Grijalvo, Ramon | Son | United States | Solatium |
| 49 | Grouzalis, Frances | NJ | United States | Grouzalis, Kenneth | Spouse | United States | Solatium |

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 50 | Gschaar, Myrta[7] | MI | United States | Gschaar, Robert | Spouse/PR | United States | Wrongful Death |
| 51 | Haskell, Barbara | NY | United States | Haskell, Thomas T. (Jr.) | Spouse/PR | United States | Solatium/ Wrongful Death |
| 52 | Haskell, Erin | NY | United States | Haskell, Thomas T. (Jr.) | Daughter | United States | Solatium |
| 53 | Haskell, Meaghan | NY | United States | Haskell, Thomas T. (Jr.) | Daughter | United States | Solatium |
| 54 | Haskell, Tara | NY | United States | Haskell, Thomas T. (Jr.) | Daughter | United States | Solatium |
| 55 | Ianno, Mary Lee | NY | United States | DeRubbio, David P. | Sister | United States | Solatium |
| 56 | Koniuch, Reagan | NY | United States | Wallace, Peter G. | Daughter | United States | Solatium |
| 57 | Lillo, Julio C. | NJ | United States | Lillo, Carlos R. | Brother | United States | Solatium |
| 58 | Lin, Nahid Mashayekhi | FL | United States | Lin, Darya | Mother | United States | Solatium |
| 59 | Lopez, Alexander | FL | United States | Lillo, Carlos R. | Half-Brother | United States | Solatium |
| 60 | Lyons, Jewel[8] | AR | United States | Lyons, Nehamon | Mother/PR | United States | Wrongful Death |
| 61 | Mardovich, Edward Jr. | NY | United States | Mardovich, Edward J. | Son | United States | Solatium |
| 62 | Mardovich, Joseph | NY | United States | Mardovich, Edward J. | Son | United States | Solatium |

---

[7] Plaintiff, Myrta Gschaar, is also listed as a Plaintiff on the case captioned *Jessica DeRubbio, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05306 (GBD) (SN) as having a solatium claim.

[8] Plaintiff, Jewel Lyons, is also listed as a Plaintiff on the case captioned *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05339 (GBD) (SN) as having a solatium claim.

11

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 63 | Mardovich, Leigh | NY | United States | Mardovich, Edward J. | Daughter | United States | Solatium |
| 64 | Marsella, Jill[9] | NJ | United States | Swift, Thomas F. | Spouse/PR | United States | Wrongful Death |
| 65 | Mascali Russo, Donna | FL | United States | Mascali, Joseph A. | Sister | United States | Solatium |
| 66 | Mascali, Arnold | NJ | United States | Mascali, Joseph A. | Brother | United States | Solatium |
| 67 | Mascali, Catherine | NY | United States | Mascali, Joseph A. | Mother | United States | Solatium |
| 68 | Mascali, John | NY | United States | Mascali, Joseph A. | Brother | United States | Solatium |
| 69 | McCarthy, Frances | NY | United States | Frawley, Kevin | Sister | United States | Solatium |
| 70 | McIlvaine, Jeffrey A. | NJ | United States | McIlvaine, Robert G. | Brother | United States | Solatium |
| 71 | McKinzy, Gary[10] | AR | United States | Hale-McKinzy, Diane | Spouse/PR | United States | Wrongful Death |
| 72 | Milam, Jacqueline[11] | TX | United States | Milam, Major Ronald D. | Spouse/PR | United States | Wrongful Death |
| 73 | Miller, Laurie[12] | PA | United States | Miller, Douglas C. | Spouse/PR | United States | Wrongful Death |

---

[9] Plaintiff, Jill Marsella, is also listed as a Plaintiff on the case captioned *Laurence Schlissel, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05331 (GBD) (SN) as having a solatium claim.

[10] Plaintiff, Gary McKinzy, is also listed as a Plaintiff on the case captioned *Jessica DeRubbio, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05306 (GBD) (SN) as having a solatium claim.

[11] Plaintiff, Jacqueline Milam, is also listed as a Plaintiff on the case captioned *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05339 (GBD) (SN) as having a solatium claim.

[12] Plaintiff, Laurie Miller, is also listed as a Plaintiff on the case captioned *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05339 (GBD) (SN) as having a solatium claim.

docs-100026227.3

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 74 | Modafferi, Anthony | NY | United States | Modafferi, Louis J. | Brother | United States | Solatium |
| 75 | Modafferi, Raffaela | NY | United States | Modafferi, Louis J. | Mother | United States | Solatium |
| 76 | Moody, Erin | MA | United States | Moody, Thomas (Capt.) | Daughter | United States | Solatium |
| 77 | Murphy, Masako | NJ | United States | Murphy, Patrick J. | Spouse/PR | United States | Solatium/ Wrongful Death |
| 78 | Murphy, Mitchell Noboru | NJ | United States | Murphy, Patrick J. | Son | United States | Solatium |
| 79 | Perry, Freddye Jean-Carter[13] | MD | United States | Carter, Angelene C. | Daughter/ PR | United States | Wrongful Death |
| 80 | Peterson, Robert M. | FL | United States | Peterson, William R. | Brother | United States | Solatium |
| 81 | Racklin, Kim[14] | NJ | United States | Moran, John | Spouse/PR | United States | Wrongful Death |
| 82 | Rhodes, John Frederick IV | CT | United States | Rhodes, John | Son | United States | Solatium |
| 83 | Rogers, Ryan | NY | Belize | Sanchez, Alva Cynthia Jeffries | Son/PR | United States | Solatium/ Wrongful Death |
| 84 | Rodriguez, Ilia E. | NY | United States | Lillo, Carlos R. | Mother | United States | Solatium |
| 85 | Romito, Anthony Jr. | NY | United States | Romito, James | Brother | United States | Solatium |

---

[13] Plaintiff, Freddye Jean-Carter Perry, is also listed as a Plaintiff on the case captioned *Roberta Agyeman, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05320 (GBD) (SN) as having a solatium claim.

[14] Plaintiff, Kim Racklin, is also listed as a Plaintiff on the case captioned *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05339 (GBD) (SN) as having a solatium claim.

docs-100026227.3

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 86 | Sanay, Clara[15] | NY | Ecuador | Sanay, Hugo | Spouse/PR | United States | Wrongful Death |
| 87 | Seeliger, Bruce[16] | CT | United States | Seeliger, Margaret | Spouse | United States | Wrongful Death |
| 88 | Smith, Alison W. | NJ | United States | Wallace, Peter G. | Daughter | United States | Solatium |
| 89 | Spitz, Susan | NY | United States | Spitz, William | Spouse/PR | United States | Solatium/ Wrongful Death |
| 90 | Sprenger, Cathyanne Mascali | NY | United States | Mascali, Joseph A. | Sister | United States | Solatium |
| 91 | Strauss, Jean[17] | NY | United States | Strauss, Steven | Spouse/PR | United States | Wrongful Death |
| 92 | Sullivan, Brian | NY | United States | Sullivan, Christopher P. | Son | United States | Solatium |
| 93 | Sullivan, Dolores | NY | United States | Sullivan, Christopher P. | Spouse/PR | United States | Solatium/ Wrongful Death |
| 94 | Sullivan, Sean | NY | United States | Sullivan, Christopher P. | Son | United States | Solatium |
| 95 | Wallace, Charlotte | NJ | United States | Wallace, Peter G. | Spouse/PR | United States | Solatium/ Wrongful Death |
| 96 | Weiner, Rachel Dana Aron | PA | United States | Aron, Joshua | Spouse/PR | United States | Solatium/ Wrongful Death |
| 97 | Woolen, Saundra[18] | GA | United States | Thurman, Tamara | Mother/PR | United States | Wrongful Death |

---

[15] Plaintiff, Clara Sanay, is also listed as a Plaintiff on the case captioned *Horace Morris, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05321 (GBD) (SN) as having a solatium claim.

[16] Plaintiff, Bruce Seeliger, is also listed as a Plaintiff on the case captioned *Laurence Schlissel, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05331 (GBD) (SN) as having a solatium claim.

[17] Plaintiff, Jean Strauss, is also listed as a Plaintiff on the case captioned *Laurence Schlissel, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05331 (GBD) (SN) as having a solatium claim.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 98 | Young, Chaquita | MD | United States | Young, Lisa L. | Daughter/PR | United States | Solatium/ Wrongful Death |
| 99 | Zambrana, Desiree | NY | United States | Zambrana, Edwin J. | Sister | United States | Solatium |
| 100 | Zambrana, Lillian | NY | United States | Zambrana, Edwin J. | Mother/PR | United States | Solatium/ Wrongful Death |

---

[18] Plaintiff, Woolen Saundra, is also listed as a Plaintiff on the case captioned *Laurence Schlissel, et al. v. Islamic Republic of Iran* Case Number: 1:18-cv-05331 (GBD) (SN) as having a solatium claim.