**Ex. B-4**

Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Joanne | | Rubino | | $497,464.00 | | $497,464.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **TOTALS** | | | | $497,464.00 | | $497,464.00 |