**Ex. B-12**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Victoria | | Alvarez-Brito | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Scott | Daniel | Bart | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Ronald | Paul | Bucca | | | $2,000,000.00 | $2,000,000.00 |
| 5. | David | Gary | Carlone | | $3,607,825.00 | $2,000,000.00 | $5,607,825.00 |
| 6. | Steven | Paul | Chucknick | | $3,825,361.00 | $2,000,000.00 | $5,825,361.00 |
| 7. | Alex | F. | Ciccone | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Jerry | Don | Dickerson | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Jeffrey | | Dingle | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Christopher | Michael | Duffy | | | $2,000,000.00 | $2,000,000.00 |
| 11. | Lee | Stanley | Fehling | | | $2,000,000.00 | $2,000,000.00 |
| 12. | Paul | Matthew | Fiori | | | $2,000,000.00 | $2,000,000.00 |
| 13. | Dennis | James | Gomes | | | $2,000,000.00 | $2,000,000.00 |
| 14. | Douglas | Darrell | Ketcham | | | $2,000,000.00 | $2,000,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 15. | Amy | | King | | | $2,000,000.00 | $2,000,000.00 |
| 16. | Frederick | | Kuo | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 17. | Elena | Fernanda | Ledesma | | | $2,000,000.00 | $2,000,000.00 |
| 18. | Stephen | Vincent | Mulderry | | | $2,000,000.00 | $2,000,000.00 |
| 19. | Laurence | Florian | Nedell | | | $2,000,000.00 | $2,000,000.00 |
| 20. | Richard | Al | Penny | | | $2,000,000.00 | $2,000,000.00 |
| 21. | William | Howard | Pohlmann | | | $2,000,000.00 | $2,000,000.00 |
| 22. | Thomas | Michael | Regan | | $9,293,281.00 | $2,000,000.00 | $11,293,281.00 |
| 23. | Stephen | | Roach | | | $2,000,000.00 | $2,000,000.00 |
| 24. | Richard | Lawrence | Salinardi | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 25. | Edward | W. | Schunk | | | $2,000,000.00 | $2,000,000.00 |
| 26. | Davis | Grier | Sezna | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 27. | Paul | Albert | Skrzypek | | | $2,000,000.00 | $2,000,000.00 |
| 28. | James | Joseph | Suozzo | | | $2,000,000.00 | $2,000,000.00 |
| 29. | Kip | | Taylor | | | $2,000,000.00 | $2,000,000.00 |

docs-100586586.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 30. | Jacqueline | | Young | | | $2,000,000.00 | $2,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | | | | $16,726,467.00 | $60,000,000.00 | $76,726,467.00 |

docs-100586586.1