UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
IN RE:                                :     ORDER
                                      :
                                      :     03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                  :
SEPTEMBER 11, 2001                    :
                                      :
------------------------------------- x

This document relates to:

    *Ades, et al. v. Islamic Republic of Iran*, 18-cv-7306 (GBD) (SN)
    *Abel, et al. v. Islamic Republic of Iran*, 18-cv-11837 (GBD) (SN)
    *BNY Mellon, et al. v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
    *Bodner, et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
    *Aron, et al. v. Islamic Republic of Iran*, 20-cv-9376 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE
PLAINTIFFS LISTED IN EXHIBITS A AND B**

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibits A and B renew their motions for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 9954, 9959.[1]) This Court previously denied these Plaintiffs' motions for partial final default judgment without prejudice. (*See* ECF No. 9931 at 4 nn.2–3, 5 n.4; ECF No. 9935 at 2 n.4.) Plaintiffs have cured the defects identified by this Court in its prior orders. Upon consideration of the evidence and arguments set forth in the Declarations of Jerry S. Goldman, Esq. (ECF Nos. 9955, 9961), and in light of the default judgments as to liability against the Islamic Republic of Iran entered on

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

June 21, 2019 (ECF No. 4594) and June 17, 2024[2] (ECF No. 9931); together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 4687, 6894, 6897, 6899, ECF No. 31 in 18-cv-7306); and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declarations (*see* ECF Nos. 9955, 9961); and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

---

[2] This Court denied without prejudice Plaintiff BNY Mellon, as Personal Representative of the Estate of Ivhan Luis Bautista's motion for default judgment, as it was not a Plaintiff in one of the cases relating to the June 17, 2024 Order. (*See* ECF No. 9931 at 5 n.4.) However, for substantially the same reasons as stated in the June 17, 2024 Order, this Court deems Iran liable for Plaintiff BNY Mellon, as Personal Representative of the Estate of Ivhan Luis Bautista's survival claims. (*See id.* at 4–5.)

**ORDERED** that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at:

- ECF Nos. 9954 and 9959 in 03-md-1570;
- ECF No. 224 in 18-cv-7306;
- ECF No. 213 in 18-cv-11837;
- ECF No. 175 in 19-cv-11767;
- ECF No. 171 in 19-cv-11776; and
- ECF No. 191 in 20-cv-9376.

Dated:  August 29, 2024
         New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

3

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent ||| | 9/11 Decedent |||||||| Claim Information ||| Pain & Suffering Damages || Economic Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | BNY | | Mellon | | Ivhan | | Bautista | | Peru | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 1 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A |
| 2 | Christine | | Brozon | | Luigi | | Calvi | | Italy | 9/11/2001 | NY | 20cv09376 | 20cv09376, 1 at 2 | | N/A | N/A | 9955-3, at 1 | 8/1/22 | N/A | $5,847,348.00 |
| 3 | Tanya | | Dale | | Titus | | Davidson | | Jamaica | 9/11/2001 | NY | 18cv11837 | 18cv11837, 1 at 6 | 18cv05320, 60 at 7; 03MD1570, 4474 at 7 (dismissing estate claim in Agyeman v. Islamic Republic of Iran) | N/A | $2,000,000.00 | 9955-3, at 23 | 1/1/20 | N/A | $151,917.00 |
| 4 | Emory | E. | Hackman | Jr. | Tamara | Ciara | Thurman | | Italy | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 14 | 9937 at 3, 9960 | N/A | N/A | 9961-3, at 1 | 3/1/24 | N/A | $1,452,164.00 |

# Exhibit B

| # | (Plaintiff, as Personal Representative of Solatium Plaintiff) ||| | Plaintiff ||||| 9/11 Decedent ||||||| Claim Information ||| Solatium Damages ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Katherine | | Collier | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 |
| 2 | | | | | Andrew | | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 |
| 3 | Katherine; Andrew | | Collier; Morris | | Phillip | L. | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Parent (Deceased) | N/A | N/A | $8,500,000.00 |