| # | Personal Representative ||| | Claimant |||||| 9/11 Decedent ||||||| Claim Information ||| | Solatium Damages |||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | Debra | | Andreacchio | | US | John | | Andreacchio | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | MDL ECF No. 10842 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 2 | Pamela | | Bittner-Conley | | Donald | | Bittner | | US | Jeffrey | | Bittner | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | MDL ECF No. 10863 (granted at 10867) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A | |
| 3 | | | | | Pamela | | Bittner-Conley | | US | Jeffrey | | Bittner | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 4 | | | | | Devonte | | Carter | | US | Marcia | | Cecil-Carter | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 5 | Devonte | | Carter | | Andre | | Carter | | US | Marcia | | Cecil-Carter | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A | |
| 6 | | | | | Sunny | | Chiang | | US | Alexander | | Chiang | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 7 | | | | | Jacqueline | | Beard-Edwards | | US | Michael | | Edwards | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 8 | | | | | Howard | | Gelling | Sr. | US | Howard | | Gelling | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10841 | Parent | N/A | N/A | $8,500,000.00 | N/A | |
| 9 | | | | | William | | Gelling | | US | Howard | | Gelling | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 10 | | | | | Deborah | | Mulford | | US | Howard | | Gelling | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 11 | | | | | Christine | | O'Reilly | | US | Howard | | Gelling | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 12 | | | | | Thomas | | Kelly | | US | Maurice | | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 13 | | | | | Catalina | | Louie | | US | Chet | | Louie | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 14 | | | | | Cassandra | | Louie | | US | Chet | | Louie | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 15 | | | | | Ken | Yazawa | Reibman | | US | Chet | | Louie | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 16 | | | | | Mary Lou | | Moss | | US | Brian | | Moss | | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 17 | | | | | Connor | | Moss | | US | Brian | | Moss | | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 18 | | | | | Ashten | | Moss | | US | Brian | | Moss | | US | 9/11/2001 | VA | 24cv05520 | 24cv05520, 1 at 2 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 19 | | | | | Catherine | | Lyn-Shue | | US | Francisco | | Munoz | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 20 | | | | | Christopher | | Pohlmann | | US | William | H. | Pohlmann | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 21 | | | | | Darren | | Pohlmann | | US | William | H. | Pohlmann | | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 9 | MDL ECF No. 10840 | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 22 | | | | | Jayme | | Salinardi | | US | Richard | | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 23 | | | | | Grace | | Salinardi | | US | Richard | | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Parent | N/A | N/A | $8,500,000.00 | N/A | |
| 24 | | | | | Jason | | Salinardi | | US | Richard | | Salinardi | Jr. | US | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 5-6 | MDL ECF No. 10840 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 25 | Anthony | | Stewart | | Dorothy | | Belcher | | US | Chapelle | | Sarker | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | MDL ECF No. 10865 (granted at 10869) | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A | |
| 26 | | | | | Anthony | | Stewart | | US | Chapelle | | Sarker | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 27 | | | | | Michael | | Slavin | | US | Vincent | | Slavin | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 28 | | | | | Mary Jo | | Slavin | | US | Vincent | | Slavin | | US | 9/11/2001 | NY | 24cv05520 | 24cv05520, 1 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |