# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:                                                                               03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                        **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Ades, et al. v. Islamic Republic of Iran, 18-cv-7306 (GBD) (SN)

    Abel, et al. v. Islamic Republic of Iran, 18-cv-11837 (GBD) (SN)

    BNY Mellon, et al. v. Islamic Republic of Iran, 19-cv-11767 (GBD) (SN)

    Bodner, et al. v. Islamic Republic of Iran, 19-cv-11776 (GBD) (SN)

    Aron, et al. v. Islamic Republic of Iran, 20-cv-9376 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2024, the Plaintiffs listed in Exhibits A and B renew their motions for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is **ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is **ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is **ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date

indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A and B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York
August 5, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

BY: *[signature]*

**Deputy Clerk**

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | BNY | | Mellon | | Ivhan | | Bautista | | Peru | 9/11/2001 | NY | 19cv11767 | 19cv11767, 5 at 1 | | N/A | $2,000,000.00 | N/A | N/A | N/A | N/A |
| 2 | Christine | | Brozon | | Luigi | | Calvi | | Italy | 9/11/2001 | NY | 20cv09376 | 20cv09376, 1 at 2 | | N/A | N/A | 9955-3, at 1 | 8/1/22 | N/A | $5,847,348.00 |
| 3 | Tanya | | Dale | | Titus | | Davidson | | Jamaica | 9/11/2001 | NY | 18cv11837 | 18cv11837, 1 at 6 | 18cv05320, 60 at 7; 03MD1570, 4474 at 7 (dismissing estate claim in Agyeman v. Islamic Republic of Iran) | N/A | $2,000,000.00 | 9955-3, at 23 | 1/1/20 | N/A | $151,917.00 |
| 4 | Emory | E. | Hackman | Jr. | Tamara | Ciara | Thurman | | Italy | 9/11/2001 | VA | 18cv07306 | 18cv07306, 1 at 14 | 9937 at 3, 9960 | N/A | N/A | 9961-3, at 1 | 3/1/24 | N/A | $1,452,164.00 |

# Exhibit B

| # | (Plaintiff, as Personal Representative of Solatium Plaintiff) | | | | Plaintiff | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Katherine | | Collier | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 |
| 2 | | | | | Andrew | | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Sibling | N/A | N/A | $4,250,000.00 |
| 3 | Katherine; Andrew | | Collier; Morris | | Phillip | L. | Morris | | UK | Stephen | Phillip | Morris | | UK | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 6-7; MDL ECF No. 8135 at 3-4; 8142 (granting 8135) | 8141 at 3 | Parent (Deceased) | N/A | N/A | $8,500,000.00 |